

**ORDERED in the Southern District of Florida on August 9, 2017.**

*[signature]*

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
Miami Division

| | |
|---|---|
| IN RE: | Case Number: 16-19391-LMI |
| BENJAMIN ESPINOSA, | Chapter: 13 |
| Debtor. | |
| _____/ | |

### ORDER REOPENING CHAPTER 13 CASE AND SHORTENING PREJUDICE PERIOD

This matter came before the Court, after a hearing held on August 8, 2017, upon the debtor's *Motion to Reopen Chapter 13 Case to Shorten Prejudice Period* [ECF No. 69] of the above the above captioned case, which had been dismissed by prior order of the Court.

Upon consideration of the debtor's Motion and the presentation at hearing, the Court ORDERS as follows:

1. The debtor's *Motion to Reopen Chapter 13 Case to Shorten Prejudice Period* is **GRANTED**.

2. The debtor's Chapter 13 case is reopened.

3. The prejudice period is shortened and shall end on August 8, 2017.

4. Should debtor proceed with the filing of a new case, any and all documents required to be filed therein by the debtor under 11 U.S.C. §521(a)(1), Bankruptcy Rule 1007, and Local Rule 1007-1, shall be filed timely and without extension.

5. Moreover, all funds paid into the corresponding plan by debtor in such new case shall automatically vest.

6. The Clerk is instructed to reclose this Chapter 13 case after the entry of this Order.

###

**Submitted by:**
/s/ Jerry A. Borbon
Jerry A. Borbon, Esq.
Florida Bar 43360
814 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
Phone:  305-595-3115
Email:   j@borbonlaw.com

Attorney, Jerry A. Borbon, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.